# EXHIBIT A

2660-SU-3474912-Serial 9

- 1 of 1 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___08/06/2021___

    Robert WILSON, date of birth (DOB) November 27, 1932, was interviewed at his residence, 2595 E. Stringham Avenue, Salt Lake City, UT. After being advised of the identity of the interviewing Agents and the nature of the interview, Agents inquired if WILSON was willing to look at photographs and answer a few questions. WILSON indicated he was.

    WILSON advised he recognized the individual in the photos as his son, Gary. WILSON explained Gary said he was in Washington, DC on January 6, 2021. WILSON was not aware if Gary traveled to Washington, DC with anyone else.

    WILSON then indicated he was not comfortable answering any additional questions. Agents subsequently thanked WILSON for his time and departed.

    A copy of the identified photos is attached herein.

Investigation on ___08/06/2021___ at ___Salt Lake City, Utah, United States (In Person)___

File # ___2660-SU-3474912, 176-WF-3366759___      Date drafted ___08/06/2021___

by ___MATTHEW B. FOULGER, Jennifer L. Faumuina___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.