# EXHIBIT C

FD-1057 (Rev. 5-8-10)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Coordination for Self-Surrender     **Date:** 09/13/2021

**From:** SALT LAKE CITY
    **Contact:** MATTHEW B. FOULGER, 202-324-5996

**Approved By:** A/SSA Jeffrey T. Wright

**Drafted By:** MATTHEW B. FOULGER

**Case ID #:** 266O-SU-3474912     (U) GARY ROBERT WILSON;
                                           UNITED STATES CAPITOL BUILDING,
                                           WASHINGTON, DC;
                                           AOT-DT/ANTI-RIOT LAWS;
                                           TIER I/PRIORITY 4

**Synopsis:** (U) To document coordination efforts for Gary Wilson to self-surrender and turn over clothing listed in a search warrant.

**Details:**

On or about September 9, 2021, SA Foulger attempted to contact Gary Robert WILSON, date of birth (DOB) March 20, 1969, telephone number (801) 541-9757, to have him self-surrender on September 13. Later that day, WILSON returned SA Foulger's call. SA Foulger explained there was an arrest warrant for WILSON and recommended WILSON turn himself in on September 13.

WILSON advised SA Foulger to speak with his attorney, David FINN, telephone number (214)538-6629, email address judgefinn@davidfinn.com. On September 9, 2021, SA Foulger left a message on FINN's phone. The following day, FINN called SA Foulger. During the conversation, SA Foulger informed FINN that there was an arrest warrant for WILSON and a search warrant for clothing WILSON wore on January 6, 2021. SA Foulger advised WILSON needed to self-surrender on the morning of

**UNCLASSIFIED**

**UNCLASSIFIED**

Title: (U) Coordination for Self-Surrender
Re: 266O-SU-3474912, 09/13/2021

September 13, 2021 at the FBI Salt Lake City Field Office and that he needed to bring the clothes listed in the search warrant. FINN ensured he would have WILSON self-surrender at the requested time.

   SA Foulger emailed FINN the warrants and attachments, specifying the items to be seized. FINN confirmed receipt via text. Later that day, SA Foulger text FINN asking to verify WILSON had and would bring the items in the search warrant. FINN did not respond.

   On or about September 11, 2021, SA Foulger texted WILSON to confirm he would self-surrender on September 13, 2021. WILSON affirmed. SA Foulger then sent Attachment B, which listed the items of clothing to be seized. SA Foulger inquired if WILSON had any questions, and he responded he did not.

♦♦