# EXHIBIT D

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  09/14/2021

Pursuant to an arrest warrant issued in the District of Columbia, Gary Robert WILSON, date of birth (DOB) March 20, 1969, self-surrendered at the FBI Salt Lake City Field Office at approximately 8:30 AM. TFO Lloyd Davis and SA Matt Foulger arrested WILSON. During the arrest, SA Foulger inquired about the items of clothing WILSON was to turn over pursuant to a search warrant issued in the District of Utah. WILSON informed he believed he donated those clothes. SA Foulger explained authorities still needed to execute the search warrant since he (WILSON) did not bring the clothes with him.

Agents then transported WILSON to the Federal Courthouse, where he was processed for DNA and fingerprints by the U.S. Marshals.

At approximately 9:25 AM, Agents departed the Federal Courthouse and returned to the FBI Salt Lake City office. While en route, SA Foulger reminded WILSON a search would have to be conducted at the residence and asked if WILSON's wife could look for the specified items. At that time, WILSON indicated he was no longer in possession of the clothes. SA Foulger inquired if WILSON was sure he donated the clothing, and WILSON responded, "no comment." WILSON informed he kept personal items in the RV at his house on Bonanza Ct., and he also had a storage unit. WILSON advised he wanted Agents to go through his attorney, at which point, SA Foulger ceased further discussion.

At approximately 9:40 AM, Agents and WILSON arrived at the FBI office. At approximately 11:30 AM, Agents provided WILSON with lunch and a bathroom break. At 1:00 PM, WILSON presented himself via Zoom before Magistrate Judge Cecilia Romero for his initial appearance. Following the hearing, WILSON was released.

| | | | |
|---|---|---|---|
| Investigation on | 09/13/2021 | at | Salt Lake City, Utah, United States (In Person) |
| File # | 266O-SU-3474912 | | Date drafted  09/13/2021 |
| by | MATTHEW B. FOULGER, DAVIS LLOYD DOUGLAS | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.