AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:21-CR-00046-RDM |
| GARY WILSON | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GARY WILSON                                                                                                              .

Date:     03/12/2024

*Attorney's signature*

Rammy Barbari Bar No. 1032106
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 20004

*Address*

rammy@pricebenowitz.com
*E-mail address*

(202) 870-0139
*Telephone number*

(202) 664-1331
*FAX number*