UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>GARY WILSON )<br>) | Criminal No. 1:21-cr-46-RDM-3 |

## WAIVER OF JURY TRIAL

I, Gary Wilson, the defendant in the above-named case, have been advised of my rights to a jury trial pursuant to Fed. R. Crim. P. 23(a). I fully understand those rights and I knowingly and voluntarily waive my right to a jury trial and wish to proceed with a stipulated bench trial.

Date: 3/16/2024

_____
Gary Wilson
Defendant

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
Rammy G. Barbari
DC Bar # 1032106
Price Benowitz LLP
409 Seventh Street, NW, Suite 200
Washington, DC 20004
(202) 271-5249
david@pricebenowitz.com
rammy@pricebenowitz.com

*Counsel for Gary Wilson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2024, I caused a true and correct copy of the foregoing Waiver of Jury Trial to be delivered via CM/ECF to all parties in this matter.

/s/
David Benowitz