UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**GARY WILSON** | )<br>)<br>)<br>)<br>)   Criminal No. 1:21-cr-46-RDM-3<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Gary Wilson, by and through undersigned counsel, hereby requests that this Court modify his conditions of release to allow him to possess and use firearms.

1. On January 13, 2021, Mr. Wilson was charged by Complaint with a variety of offenses related to the events of January 6, 2021.

2. Mr. Wilson was subsequently charged by Indictment and superseding Indictments relating to the same offenses, including a sole felony count of a violation of 18 U.S.C. § 1512.

3. On September 16, 2021, Mr. Wilson was placed on pretrial supervision with conditions of release. *See* ECF 10.

4. One of the conditions was that Mr. Wilson was not allowed to possess a firearm, destructive device, or other weapon.

5. On March 18, 2024, this Court held a stipulated bench trial.

6. On March 20, 2024, this Court announced its verdict, finding Mr. Wilson not guilty of the sole felony count of a violation of 18 U.S.C. § 1512.

7. Mr. Wilson was found guilty of only one misdemeanor count of theft of government property in violation of 18 U.S.C. § 641.

8. Mr. Wilson has worked as a seasonal hunting guide for the past sixteen (16) years and is currently working for Saddlehorn Outfitters.

9. During the course of this employment, Mr. Wilson is frequently in the vicinity of bears; it would greatly enhance security measures if he were allowed to possess a firearm.

10. Mr. Wilson's sentencing is currently scheduled for July 2, 2024.

11. Counsel conferred with Mr. Wilson's probation officer in Utah, who indicated that Mr. Wilson is in compliance with his pretrial release conditions, but objects to the removal of the firearm condition because it is a standard condition related to officer safety.

12. Counsel conferred with government counsel, who indicated that the government opposes this motion.

WHEREFORE, Gary Wilson respectfully requests that this Court grant his Motion and modify his conditions of release to allow him to possess a firearm.

Respectfully submitted,

/s/
David Benowitz
DC Bar # 451557
Rammy G. Barbari
DC Bar # 1032106
Price Benowitz LLP
409 Seventh Street, NW, Suite 200
Washington, DC  20004
(202) 271-5249
david@pricebenowitz.com
rammy@pricebenowitz.com

*Counsel for Gary Wilson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2024, I caused a true and correct copy of the foregoing Defendant's Motion to be delivered via CM/ECF to all parties in this matter.

_____/s/_____

David Benowitz