# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | |
| **GARY WILSON** | ) ) ) ) | Criminal No. 1:21-cr-46-RDM-3 |

## ORDER

Upon consideration of Defendant Gary Wilson's Motion to Modify Conditions of Release, it is hereby,

**ORDERED**, that the Motion is **GRANTED**, and it is hereby

**FURTHER ORDERED,** that Mr. Wilson's conditions of release are modified to allow him to possess a firearm.

_____          _____
**DATE**                                         **RANDOLPH D. MOSS**
                                                 **UNITED STATES DISTRICT JUDGE**